**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8467**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MICHAEL BROWN,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, District Judge. (4:06-cr-00582-RBH-1)

Submitted: January 15, 2009      Decided: January 26, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Brown, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Brown appeals the district court's order denying his motion for downward departure. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>United States v. Brown</u>, No. 4:06-cr-00582-RBH-1 (D.S.C. Nov. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>